IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE HOLLIDAY,

      Petitioner,                    No. CIV S-94-0414 DFL GGH P

   vs.

JAMES RODER, et al.,

      Respondents.            ORDER

_____/

        Plaintiff is a former state prisoner who filed this action on March 18, 1994 pursuant to 42 U.S.C. § 1983. On February 4, 2011, plaintiff filed a motion for appointment of counsel. In attached papers, plaintiff states that he seeks to reopen this action and would like to participate in the court's Pro Bono Program. Court records indicate that this action was closed on September 29, 1996. The district court's decision was affirmed on appeal on May 23, 1996. The papers recently filed by plaintiff do not appear to be ones contemplated by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure. The court will therefore order that plaintiff's motion in this closed and inactive case be placed in the case file and disregarded.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court place plaintiff's motion for appointment of counsel (Doc. #29) in the file and disregard it.

DATED: March 21, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:014
holl0414.ord